## BRANCH *vs.* ROBERTS.

A holder of the bills of a bank cannot maintain an action against the directors, on the ground that such bills have been rendered valueless by the misconduct of the defendants.

THIS action, and four others, against the same defendant, were brought by the several plaintiffs as holders of the bills of a bank incorporated by the state of Georgia, against the defendant as a director of the corporation, to recover damages for the misconduct of the defendant as such director. The defendant demurred to the complaint in each action.

CLERKE, J.   The reasons which I have mentioned in the preceding cases (*a*) apply to these, with greater force.   But, more especially applicable to these cases is the rule, well established, that a stockholder cannot sue directors for dam-

(*a*) *Winter* v. *Baker*, and *Patterson* v. *Baker*, ante p. 482.

---

ages, on the ground that their stock was made valueless by the misconduct of the defendants. If a stockholder cannot maintain such an action, a creditor certainly cannot do so.

Judgment for the defendant, on the demurrers, with costs.

[NEW YORK SPECIAL TERM, October 7, 1867. *Clerke*, Justice.]